UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAYMOND LOUIS** | **CIVIL ACTION** |
| **VERSUS** | |
| **UNKNOWN, ET AL.** | **NO. 25-00961-BAJ-RLB** |

## ORDER

This habeas Petition was filed by *pro se* Petitioner Raymond Louis, who seeks release from immigration detention at the Louisiana State Penitentiary ("LSP"). The Court received two copies of this Petition, one filed by Petitioner himself, and a second filed by Petitioner's family member. (No. 25-CV-00941-BAJ-SDJ, Doc. 1; No. 25-CV-00961-BAJ-RLB, Doc. 1).

Aside from a brief letter of explanation from Petitioner's family member (No. 25-CV-00961-BAJ-RLB, Doc. 1-4), the two filings are identical. The filings in both cases contain the following documents: (1) Petition for Writ of Habeas Corpus and Supplemental Memorandum in Support signed by Petitioner, dated October 7, 2025; (2) Certificate of Service; (3) Exhibit A: Copies of Recent Habeas Orders; and (4) Exhibit B: Letters of Support from Family and Employer. (No. 25-CV-00941-BAJ-SDJ, Doc. 1; No. 25-CV-00961-BAJ-RLB, Doc. 1).

The Court has carefully reviewed the filings in each case and confirmed that the two cases are identical. Accordingly, the Court will dismiss the above-captioned matter (No. 25-CV-00961-BAJ-RLB). **To be clear, Petitioner Raymond Louis**

still has an open and active habeas case under case number **25-CV-00941-BAJ-SDJ.** This Order only dismisses the second copy of that case.

Accordingly,

**IT IS ORDERED** that the above-captioned matter, No. 25-CV-00961-BAJ-RLB, is **TERMINATED** as duplicative.

**IT IS FURTHER ORDERED** that Petitioner's Petition will continue to be litigated under case number 25-CV-00941-BAJ-SDJ.

Baton Rouge, Louisiana, this 3rd day of November, 2025

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**